**FILED** ~~RECEIVED~~

PROVIDED TO CHARLOTTE CI
ON 7/19/2020 FOR MAILING

① 

I yoandris. Rosales. Fuentes. M5

2020 JUL 17 PM 12:04
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

V.S.

ELIZABETH. M. WARREN. CLERK:

united state district court
middle district OF Florida
U.S. courthouse Federal Building
2110. First street,
Room 2-194
Fort myers, FL 33901-

2:20-CV-509-FtM-66
NPM

I'm yoandris. victim the Falsifying document legal Address. - 3 - Legal mail. what that I'm was to send to the Address. to see:

publishing company
p.o. Box 3526. 50 west kellog Boulevard.
st. paul, minnesota. 55165-

And

suprema of court
1110. CN. W 8th AVE
gainesville, FL 32601-

And

I would like to see the U.S. courthouse Federal Bureau. Building 2110. First street Room 2-194. Fort myers. FL 33901-

to for Falsifying RoM illegal address.
to. For two million [$2,000,000.]
For Falsifying Address. to

But my lawsuets. to Not sopuse to give to me RoM Address. No have soport. in the city. united sttate.

[Address-1-]
    And
[Address-2-]

because may legal mail was back to me. For NOT. action.

[Address.-1- REturn to sender No such number unable to Forward]

    And

[Address-2- REturn to about same threat. return to sender no such number unable to Forward.]

    And

I'm yoandris. victim the Fraud would like to ask you. what is the correct Address. the this two legal Mail.

and I'm want my two legal Mail back with the respond. to what that I put to in the inside the envolope. document From

From complaint. From civil Lawsuits. #1983. and against.

ELiZABEth.

And

I yoandris. [plaintiff] civil docket For case: #2:19-cv-00558-spc-MRM.

And

I yoandris. was Lose to my Legal work mailing List. to and I'm written to this complaint Lawsuets. and against.

state of Florida. Judicial Qualifications, commission post. Officer. BOX 14106. tallahassee. FL 32317-

And

inspector general. 501. south calhoun. st tallahassel. FL 32399-

And

warden. And Assist. warden. williams. charlotte. correction institution. 33123. oil well Road punta. gorda.   FL 33955-

And

officer. montalvo.
And
sgt. p. Kadavy.
And
Rincones,
And
Lt. Z. ditoro.
And
colonel.
And.
mayor.

PROVIDED TO CHARLOTTE CI ON 5/11/2020 FOR MAILING
PROVIDED TO CHARLOTTE CI ON 4/19/2020 FOR MAILING

Y.R.F

1

Yoandris. Rosales. Fuentes.

institutional legal services.
law libray. west publishing
company.
P.O. Box 3526, 50. west kellog Boulevard.
st. paul, minnesota. 55165-

I yoandris. would like a copy of my paper that I send to you which capy of information that show in approved from all department of correction institution and all state Florida. prison. to law clerk. because on 4-9-2020.

I yoandris. was comfortable to which staff female woman to working law clerk from charlotte. C-I. because I yoandris. ask from legal argument supply material and she her. was [denied] me. to give legal material A to bing yello envelope. From legal filing to send from all constitucionales. supreme court the united states of america. u.s.

But my writting is all staff. person. working law clerk to from all state florida. to need that I'm yoandris. show want document diploma some want certificate. or some want certified. register quality legal first letter available

to show up physical evidence that I'm yoandris. have legal doccument Motion. Licence offial authorization to practise a profession law graduate. From by I'm been it accounts for #10 0/0 OF ~~....~~ domestic. consumption perform working to from may single self in all my cases; and all ~~....~~ lawsceet. to what that I'm have in all united ~~state~~ states district of court

✗ cuBA

But I yoandris. writting to law libray from legal trained legal assist. to see Bounds, V. Smith. 430.U.S. 817. [1977.]

But I yoandris. ~~~~ require the want platonic certified letter the recommendation original reference from good #39 year old degree rank ~~....~~ education from [10] year. to cuban and american. U.S. people. united state. information from legal filing in all state Florida. prison.

to law clerk. and to law libray.

Face to face.

supreme court the united state of america. U.S:

I yoandris. Rosales. Fuentes.

DC# B11236: ROOM F3-213 L:

~~[redacted]~~

birth 06/26/1980.

country origin cuban people

school of graduation university #12 degree:

CUBA!

And

U.S.

J.R.F.

case: 2:19-cv-558-FTM-38MRM

case: 6:19-cv-1409-ORL-18EJK

case: 3:19-cv-215-J-39 MCR

case: 19-cv-00942-TJC-JRK

case: 3:19-cv-868-J-39-JBT

case: 3:18-cv-1429-J-34-pdB

case: 19-cv-610-FtM-60-MRM

case: 19-cv-1401-J-39-JRK

case: 3:19-cv-00867-TJC-pdB

case: 3:19-cv-1446-J-20-MCR

case: 3:19-cv-00215-BJd-MCR

case: 3:19-cv-941-J-39-JRK

case: 3:18-cv-1349-J-25-JRK

case: 2:19-cv-00610-tpB-MRM

do you have #14th. cases. about I was a victim to lose my mail ddealine. because I need want certification. the autorisation. to or another certified quality guarantee the legal work cavited stutte. and Appeal lawsuits civil complain right admend. #1983:

PROVIDED TO
CHARLOTTE CI
4/14/2020
FC
FOR MAILING

I yoandris. Rosales. Fuentes.

institutional legal services.
inc- prison project.
1110- CN. W. 8th AVE
gainesville, FL 32601-

I yoandris. would like a copy of my
paper that I send to you which
capy. of information that show
in Approved From all department
of correction institution. and all
state of florida. prison. to

law clerk. because on 4-9-2020.
I yoandris. was comfortable which
staff female woman. working
law clerk. From charlotte. C.I.

because I yoandris. ask From legal
argument supply material
and she her. was I denied. me
to give legal material #10 bing
yello envelope. From legal filing

to send From all contitucionales
supreme court the united states
of america U.S.

But my writting is all staff
femal. woman. working law
clerk. to from all state florida
prison. to held that I'm

Motion:

that I yoandris. to show want document diploma. some want certificate. OR want certified. registered quality Legal First Letter available to show up physical evidence that I'm

I yoandris. have Legal document Licence offial authorization to practise a profession law graduate. From by I'm been by represent to one's #10 year old to it account's For #10 % of domestic consumption perform working to For ~~may~~ may single self in all my case. and all lawsuet. What that I'm have in all united states district OF court.

CUBA!

But I yoandris. writting to Law Libray. ~~and~~ From Legal trained legal assist. See Bouings. V. smith. 430. U.S. 877 [1977.]

From ~~~~ the STATE OF Florida. Law. to From rule of court available west publishing company

I yoandris. Rosales. Fuentes.

require the want platonic certified letter the recommendation original reference from good #39 year old degree rank education from [10] year. To cuban. and america. U.S. united state to information from legal filing in all state Florida prison.

to law clerk. and to law library.

Face to Face. job.

supreme court the united states of america. U.S.

I yoandris. Rosales. Fuentes.

DC# B11236.° Room F3-213. L.

birth 06/26/1980

country origin CUBAN people.

school of graduation university #12. degree:

[signature] CUBA.

And

[signature] U.S.